REPORTER'S RECORD
VOLUME 1 OF 3 VOLUMES
TRIAL COURT CAUSE NOS. 1321493, 1321487, & 1321486
COA NOS. 02-18-00061-CR, 02-18-00062-CR,
02-18-00063-CR

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
5/24/2018 6:40:43 AM
DEBRA SPISAK
Clerk

| | | |
|---|---|---|
| THE STATE OF TEXAS | ) | IN THE DISTRICT COURT |
| | ) | |
| vs. | ) | TARRANT COUNTY, TEXAS |
| | ) | |
| MICHAEL HONGPATHOUM | ) | 371ST JUDICIAL DISTRICT |

———————————————————————————————————

**MASTER INDEX**

———————————————————————————————————

On the 1st day of February, 2018, the following proceedings came on to be held in the above-titled and numbered cause before the Honorable Mollee Westfall, Judge Presiding, held in Fort Worth, Tarrant County, Texas.

Proceedings reported by computerized stenotype machine.

Norma Rico
Certified Shorthand Reporter

**A P P E A R A N C E S**

MS. ALLYSON KUCERA
SBOT NO. 24081858
MS. HANNAH BELL
SBOT NO. 24068993
TARRANT COUNTY CRIMINAL DISTRICT ATTORNEY
401 W. Belknap
Fort Worth, Texas 76196
Telephone:  (817) 814-1400
COUNSEL FOR THE STATE


MR. BLAKE BURNS
SBOT NO. 24066989
ATTORNEY AT LAW
115 N. Henderson St.
Telephone:  (817) 870-1544
COUNSEL FOR THE DEFENSE

MASTER CHRONOLOGICAL INDEX

VOLUME 1 OF 3 VOLUMES
(MASTER INDEX)


VOLUME 2 OF 3 VOLUMES
(MOTION TO ADJUDICATE)

FEBRUARY 1, 2018                                  PAGE    VOL.

Caption.....................................   1      2

Appearances.................................   2      2

Proceedings.................................   5      2

Motion to Adjudicate........................   5      2

Pleas of True...............................   9      2

Motion to Suppress..........................   5      2

| State's Witnesses | Direct | Cross | VD | Vol. |
| --- | --- | --- | --- | --- |
| Jason Macha | 12 | 42 | 38 | 2 |
| Bradley Cantu | 49 | -- | -- | 2 |
| Steven Graves | 64 | 75 | -- | 2 |
| Robert SanFilippo | 76 | 87 | -- | 2 |
| Mark Rath | 90 | -- | -- | 2 |
| Brian Lukens | 98 | 106 | -- | 2 |

State Rests.................................  107     2

Motion to Suppress Denied...................  108     2

Both sides Close............................  108     2

Closing Argument by Ms. Kucera..............  109     2

Court's Ruling..............................  109     2

Punishment Phase............................  110     2

State Resubmits Adjudication Evidence...     110     2

State Rests.................................  110     2

| Defense's Witness | Direct | Cross | Vol. |
| --- | --- | --- | --- |
| Susan Thorbrue | 111 | -- | 2 |

Defense Rests............................ 114    2

Both sides Close........................ 114    2

Closing Argument By Mr. Burns........... 114    2

Closing Argument by Ms. Kucera......... 115    2

Court's Ruling.......................... 116    2

Proceedings Concluded................... 118    2

Court Reporter's Certificate........... 119    2

----------------------------------------------------------

ALPHABETICAL WITNESS INDEX

| State's Witnesses | Direct | Cross | VD | Vol. |
|---|---|---|---|---|
| Bradley Cantu | 49 | -- | -- | 2 |
| Steven Graves | 64 | 75 | -- | 2 |
| Brian Lukens | 98 | 106 | -- | 2 |
| Jason Macha | 12 | 42 | 38 | 2 |
| Mark Rath | 90 | -- | -- | 2 |
| Robert San Filippo | 76 | 87 | -- | 2 |

| Defense Witness | Direct | Cross | VD | Vol. |
|---|---|---|---|---|
| Susan Thorbrue | 111 | -- | -- | 2 |

----------------------------------------------------------

EXHIBITS INDEX

| STATE'S NO. | DESCRIPTION | OFFD | ADMT | VOL. |
|---|---|---|---|---|
| SX-1 | Evading Arrest Map | 20 | 21 | 2 |
| SX-2 | BODY CAM DVD | 38,61 73 | 39,61 73 | 2 2 |
| SX-3 | BODY/DASH CAM DVD | 83 | 83 | 2 |
| SX-4 | BODY CAM DVD | 94 | 95 | 2 |
| SX-5 | DASH CAM DVD | 104 | 105 | 2 |

VOLUME 3 OF 3 VOLUMES
(EXHIBITS INDEX)

| STATE'S NO. | DESCRIPTION | OFFD | ADMT | VOL. |
|---|---|---|---|---|
| SX-1 | Evading Arrest Map | 20 | 21 | 2 |
| SX-2 | BODY CAM DVD | 38,61 73 | 39,61 73 | 2 2 |
| SX-3 | BODY/DASH CAM DVD | 83 | 83 | 2 |
| SX-4 | BODY CAM DVD | 94 | 95 | 2 |
| SX-5 | DASH CAM DVD | 104 | 105 | 2 |

STATE OF TEXAS

COUNTY OF TARRANT

 

    I, Norma Rico, Deputy Court Reporter in and for the 371st District Court of Tarrant, State of Texas, do hereby certify that the above and foregoing contains a true and correct transcription of all portions of evidence and other proceedings requested in writing by counsel for the parties to be included in this volume of the Reporter's Record in the above-styled and numbered cause, all of which occurred in open court or in chambers and were reported by me.

    I further certify that this Reporter's Record of the proceedings truly and correctly reflects the exhibits, if any, offered by the respective parties.

    WITNESS MY OFFICIAL HAND on this, the 21st day of May 2018.

 

 

*Norma L. Rico*
_____
Norma Rico, Texas CSR 8579
Deputy Court Reporter
371st District Court
Tarrant County, Texas
PO Box 331883
Fort Worth, Texas 76163
Telephone: (682) 701-3739
Expiration: 12/31/2018

Norma Rico
Certified Shorthand Reporter